# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN DAVID CHAKER,<br><br>  Petitioner,<br><br>vs.<br><br>SAN DIEGO SUPERIOR COURT,<br><br>  Respondent. | Case No.: 3:99-cv-02260-BTM-AJB<br><br>**ORDER GRANTING PETITIONER'S REQUEST TO FILE MOTION TO SEAL RECORDS UNDER SEAL**<br><br>[~~PROPOSED~~] |

   Petitioner has submitted to the Court a Motion to Seal Records. Petitioner has also submitted an application to file the Motion to Seal Records under seal. The Clerk shall file the Motion to Seal Records under seal.

   Respondent shall file a response to seal on or before March 8, 2010. If Petitioner has not already served Respondents with the Motion for Reconsideration and Motion to Take Judicial Notice, Petitioner must do so without delay.

IT IS SO ORDERED.

2-22-2010

HON. BARRY TED MOSKOWITZ
United States District Court Judge