# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

DARREN DAVID CHAKER,

       Petitioner,

    vs.

SAN DIEGO SUPERIOR COURT,

       Respondent.

Case No.: 3:99-cv-02260-BTM-AJB

**ORDER SEALING RECORDS**

    GOOD CAUSE APPEARING, Petitioner's Motion to Seal Records is **GRANTED**. The Clerk of the Court is **ORDERED** to seal Docket 21 and Docket 24. **IT IS SO ORDERED.**

Date:   May 17, 2010

HON. BARRY TED MOSKOWITZ
United States District Court Judge