# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN D. CHAKER,<br><br>                              Petitioner,<br><br>     v.<br>SAN DIEGO SUPERIOR COURT,<br><br>                              Respondent. | Case No. 99cv02260 BTM (AJB)<br><br>**ORDER SEALING RECORDS** |

     Good cause having been shown, Petitioner's Motion to Seal Partial Record is hereby GRANTED.  The Clerk of the Court is directed to seal Docket 10, 20, and 29.

**IT IS SO ORDERED.**

DATED:  November 26, 2012

_Barry Ted Moskowitz_
BARRY TED MOSKOWITZ, Chief Judge
United States District Court