# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCY

TO: ☒ U.S. DISTRICT JUDGE / ☐ U.S. MAGISTRATE JUDGE: The Hon. Barry Ted Moskowitz

| FROM: S. Yeager, Deputy Clerk | RECEIVED DATE: November 22, 2021 |
|---|---|
| CASE NO. 99-cv-02260-BTM-AJB | DOC FILED BY: Darren Chaker |
| CASE TITLE: Chaker v. San Diego Superior, et al | |
| DOCUMENT ENTITLED: Application to File Under Seal | |

Upon the submission of the attached document(s), the following discrepancies are noted:

FRCvP 15(d) - Supplemental documents require court order;

Civ.L. Rule 7.1 or 47.1 - Lacking memorandum of points and authorities in support as a separate document;

Date Forwarded: November 23, 2021

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

| ☒ | The document is to be filed nunc pro tunc to date received. The application will be filed under seal. |
|---|---|
| ☐ | The document is NOT to be filed. But instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties. |

Rejected documents to be returned to pro se or inmate? ☐ Yes.     Court copy retained by chambers ☐

Any further failure to comply with the Local Rules may lead to penalties pursuant to Civil Local Rule 83.1 or Criminal Local Rule 57.1.

Date: November 29, 2021          CHAMBERS OF: The Honorable Barry Ted Moskowitz

cc: All Parties          By: _Barry Ted Moskowitz_ (signature)