UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DOE,<br>                     Petitioner,<br>v.<br>SAN DIEGO SUPERIOR COURT,<br>                     Respondent. | Case No.: 3:99-cv-02260-BTM<br><br>**ORDER GRANTING IN PART AND DENYING IN PART EX PARTE MOTION TO SEAL RECORDS AND ORDER GRANTING REQUEST FOR JUDICAL NOTICE**<br><br>**[ECF NOS. 55; 58]** |

      Petitioner John Doe[1] previously filed an "Ex Parte Motion to Seal Records." (ECF No. 55.) The Court directed Petitioner to serve the motion on Respondent Steven K. Hansen and ordered Respondent to file an opposition on or before October 13, 2021. (ECF No. 54.) The Respondent filed no opposition.

---

[1] To protect Petitioner's identity, he will be called "John Doe."

1    The Court **GRANTS** Petitioner's request to take judicial notice of other orders relevant to Petitioner's motion. (ECF No. 58, Exs. A-D.) The Court has considered Petitioner's motion to seal records. The Court has also considered the related orders by the judges and finds the reasoning persuasive. This Court agrees with Judge Miller's sound decision in Case No. 98-cv-00272-JM-POR. (ECF No. 58, Ex. A.) While Petitioner has demonstrated a need for anonymity sufficient to justify redacting his name and address from the docket, he has not overcome the strong presumption of public access to justify sealing the entire docket. *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).

    Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** Petitioner's motion to seal records. (ECF No. 55.) The entire case will not be sealed. The Court directs the Clerk to replace Petitioner's name with "John Doe" and redact his address in the docket and in all publicly and electronically available documents to conceal his true name and address. Thereafter, the Court directs the Clerk to re-close the case. Petitioner shall file with the Clerk's Office within **14 days** a list of all docket entries that contain his name and address. The Clerk will have 30 days from Petitioner's filing of the list to effect the redactions from the public record.

**IT IS SO ORDERED.**

Dated: December 16, 2021

Honorable Barry Ted Moskowitz
United States District Judge