UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

JOHN DOE,

Plaintiff,

v.

SAN DIEGO SUPERIOR COURT, et al.,

Defendants.

Case No.:  99-cv-2260-BTM-AJB

**ORDER SEALING THIS CASE**

On December 16, 2021, the Court issued an order concealing the plaintiff's true name (and replacing it with John Doe) and address.  (ECF No. 59).  In support of that motion, Doe filed with the Court multiple orders from state and federal courts finding substantial threats to his safety existed, which overcame the presumption of allowing the information to remain public.  Doe's preceding motion demonstrated that he was a "protected person" under California Government Code Section 6206.  For those who qualify, a protected person may seek to retroactively redact or seal judicial records to mitigate the potential of locating the person.  (Civil Code Proc. § 367.3(b)(4)).

On May 1, 2024, Doe filed an ex parte motion to enforce and amend the Court's prior order.  Doe has provided the Court with proof that he remains a "protected person."  Doe has identified several additional areas of the record which have "identifying characteristics."  Under California law, "identifying

characteristics" include a protected person's "name or any part thereof, address or any part thereof, city or unincorporated area of residence, age, marital status, relationship to other parties, and race or ethnic background, telephone number, email address, social media profiles, online identifiers, contact information, or any other information, including images of the protected person, from which the protected person's identity can be discerned."  (Civil Code Proc. § 367.3).

The Court finds that continued public access to the record in this case would represent a potential harm to Doe because the record could lead to the discovery of his identity and address.  That potential harm is a compelling reason to seal this case.  There is a risk that, if this case is not sealed, Doe's identity or address could be discovered.  Sealing this case is the best way to protect Doe's right to anonymity and to effectuate the Court's prior order.

For the reasons stated, the Court directs the Clerk to seal the entire record other than this order.

**IT IS SO ORDERED.**

Dated:  May 30, 2024

Honorable Barry Ted Moskowitz
United States District Judge